568 A.2d 178

**COMMONWEALTH of Pennsylvania**

v.

**Anthony DiCONDINA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 12, 1989.

Decided Jan. 5, 1990.

Joel S. Moldovsky, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., George Leone, Philadelphia, for appellee.

Prior report: 377 Pa.Super. 650, 541 A.2d 1149.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Petition to Dismiss granted.

LARSEN, J., dissents.